Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO REYES, | Case No. CV 08-0763-GHK (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MATTHEW MARTELL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/16/08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

GEORGE H. KING
UNITED STATES DISTRICT JUDGE